UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SABINA VARGAS,

                Plaintiff,

    -against-                                         04 Civ. 3204 (LAK)

MICHAEL J. ASTRUE,

                Defendant.
------------------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The case is remanded to the Commissioner of Social Security for reasons set forth in the report of Magistrate Judge Henry B. Pitman to which no objection has been filed.

        SO ORDERED.

Dated:     September 7, 2011

                                                                 _____
                                                                     Lewis A. Kaplan
                                                                United States District Judge