UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
SABINA VARGAS,

                    Plaintiff,

                    -against-                                  04 Civ. 3204 (LAK)

MICHAEL J. ASTRUE,

                    Defendant.
------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The case is remanded to the Commissioner of Social Security for reasons set forth in the report of Magistrate Judge Henry B. Pitman to which no objection has been filed.

        SO ORDERED.

Dated:      September 7, 2011

                                                            Lewis A. Kaplan
                                                      United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 9/7/11